## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ALBERTO FIGUEROA HERNANDEZ  
NILDA I MORALES MORALES

Bkrtcy. No. 10-09058-SEK

Chapter 13

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Petition Filing Date: | Sep 29, 2010 | Meeting Date | Nov 01, 2010 |
| Days from petition date | 33 | Meeting Time | 10:00 AM |
| 910 Days before Petition | 4/2/2008 | ☐ Chapter 13 Plan Date | Sep 29, 2010 Dkt.# 2 ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | | Plan Base: | $93,000.00 |
| This is the 1st Scheduled Meeting | | Confirmation Hearing Date: | Nov 30, 2010 Time: 9:00 AM |

DC Track No. 11

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount |
|---|---|---|
| | | |

Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference

☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent  
☒ Joint Debtor Present ☒ ID & Soc. OK ☐ Joint Debtor Absent  
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.  
Attorney for Debtor(s) ☒ Present ☐ Not Present  
☐ Substitute attorney: ☐ Pro-se.

☒ Creditor(s) present: ☐ None  
BPPR - Henera

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE M PRIETO CARBALLO**  
Total Agreed: $3,000.00  Paid Pre-Petition: $386.00  Outstanding: $2,614.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.  Liquidation Value: $338,311  
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 15 DAYS

§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:

☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)  
☒ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]  
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:

Debtor must provide copy of insurance.  
Debtor must provide of certificate of sale tax.  
Debtor must provide evidence of municipal patent.  
Debtor will upload copies of income tax return for the years 2006, 2007, 2008 and 2009.

/s/ José R. Carrión  
Trustee

Presiding Officer

Page 1 of 2   Date: Nov 01, 2010

Case No. 10-09058

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor will pay the just payment to the Trustee within 10 days.

Debtor will provide inventory list.

Debtor must provide copy of business expenses.

Trustee / Presiding Officer

Date: Nov 1, 2010