UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
ALBERTO FIGUEROA HERNANDEZ  
NILDA I MORALES MORALES  

DEBTOR (S)

CASE NO. 10-09058-SEK

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$338,311.00**    R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,614.00**    Fees paid: $0.00    Fees Outstanding: $2,614.00

With respect to the proposed (amended) Plan dated: **February 08, 2011** (Dkt 29).    Plan Base: **100,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Debtor(s) fails to comply with Income Tax Return filing requirements of §1308. [§1325(a)(9)]  
    Debtor has not submitted state tax return for the year 2006 or 1040 PR tax returns for the years 2006-2009.

- Debtor(s) has/have failed to comply with her/his/their duties as a Debtor(s), debtor(s) has/have failed to provide documents and/or information requested at the meeting of creditors, impairing the Trustee duties performance under the Code. [11 USC §521 & §1302(b)]  
    Debtor has not yet submitted municipal patent for business, as requested during the creditors meeting.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this February 28, 2011.

/s/ Jose R. Carrion  
_____  
/s/ Alexandra Rodriguez -Staff Attorney  
_____  
JOSE R. CARRION  
CHAPTER 13 TRUSTEE  
PO Box 9023884, San Juan, PR 00902-3884  
Tel. (787) 977-3535  Fax  (787) 977-3550

ARD